UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Richard Lee Paiva

     v.                                  C.A.  10-179M

Tej Bansal, et al

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian dated

April 26, 2011, in the above-captioned matter is accepted without objection pursuant to Title 28

United States Code § 636(b)(1). The Plaintiff's Motion for a Temporary Restraining Order and

Preliminary Injunction is DENIED and the Motion for Declaratory Judgment is DENIED.

BY ORDER:

_____

John J. McConnell, Jr.
United States District Judge
June 2, 2011